IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MARSHEENA L. SAMUEL,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:18-00352-KD-B |
| ) | |
| **CVS CAREMARK CORPORATION,** ) | |
| a/k/a CVS PHARMACY and ) | |
| **JENNIFER CARTER,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

Previously, this action was stayed pending arbitration and the Court retained jurisdiction to confirm or vacate the resulting arbitration decision (doc 28). The parties were ordered to provide periodic joint status reports (Id.). They last reported that the Arbitrator had issued an award on August 19, 2021, dismissing all of Plaintiff Marsheena Samuel's remaining claims with prejudice (doc. 39).

Neither party moved to confirm or vacate the arbitration award. The parties were ordered to show cause why the Court should not lift the stay and close this action (doc. 40). Defendants report that there is no reason why this action should not be closed (doc. 41). To date, Plaintiff has not responded to the order. Thus, no cause has been shown. Accordingly, the stay (doc. 28) is **lifted** and this action is **dismissed with prejudice**.

DONE and ORDERED this the 31st day of October 2022.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE